UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
AHMED ALI SHARHAN, et al,
                         Plaintiffs,

          22 civ 5724 (JGK)

       -against-

UNITED STATES OF AMERICA, et al.,
                         Defendants.
-----------------------------------------------------------X

## ORDER

The September 27, 2022 conference is canceled. The time to serve the defendants is extended to **October 19, 2022.** The plaintiffs are advised that failure to serve the summons and complaint by October 19, 2022, may be grounds for dismissal of the complaint, for failure to prosecute, pursuant to Federal Rule of Civil Procedure 4(m).

**SO ORDERED.**

                                                    **JOHN G. KOELTL**
                                      **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         September 19, 2022